**Electronically Filed
Supreme Court
SCPW-22-0000609
04-NOV-2022
08:29 AM
Dkt. 4 ODDP**

SCPW-22-0000609

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MATTHEW REYES, Petitioner,

vs.

THE HONORABLE THOMAS HAIA,
Judge of the District Court of the First Circuit, State of
Hawai'i, Respondent Judge,

and

PETER TAISIPIC IRIARTE, Respondent.

_____

ORIGINAL PROCEEDING
(1DRC-22-0004895)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of

mandamus filed on October 17, 2022, and the record, the

Respondent Judge acted on a subject properly before the district

court when the Respondent Judge ruled on the motion to dismiss

and motion to hold Respondent in contempt.  Additionally, it was

within the Respondent Judge's discretion to grant or deny these

motions.  Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to seek relief.  An extraordinary writ is thus not warranted.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999).  Accordingly,

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, November 4, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins